# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000  Fax: (914) 323-7001

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NJ • Stamford*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 7/30/08         │
└─────────────────────────────┘
```
ORIGINAL

July 28, 2008

**By Overnight Courier**

**Request for Extension of Time To Answer**

District Judge John G. Koeltl
United States Courthouse
500 Pearl Street – Room 1030
New York, NY 10007

RE:   Sergei Chepilko v. CIGNA Group Insurance
        08 CV 4033

JUL  2008

Dear Judge Koeltl:

We represent the defendant, CIGNA Group Insurance ("CIGNA"), in the captioned litigation. We write to request an extension of CIGNA's time to answer from August 6, 2008 until September 6, 2008.

We attempted to obtain consent for our request for an extension of time from the *pro se* plaintiff, Sergei Chepilko, but he has not returned our telephone messages. This is the first request for an extension of time in this matter, and no other discovery dates will be affected by the proposed extension. Accordingly, we request that the court grant the requested extension of time to answer.

Thank you for your attention to this matter. If you have any questions or concerns, please contact me anytime.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Michelle M. Arbitrio

CC By Overnight Courier:

Mr. Sergei Chepilko
501 Surf Avenue, Apt. 13A
Brooklyn, NY 11224

2062954.1

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/29/08.