UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGEI CHEPILKO,

              Plaintiff,

    -against-

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK,

              Defendant.

---

08 CV 4033

**NOTICE OF APPEARANCE**

Please take notice that Michelle M. Arbitrio is appearing as counsel on behalf of defendant Cigna Life Insurance Company of New York in the captioned matter. Please forward all correspondence regarding this matter to my attention.

                                                Respectfully Submitted,

                                                  /s/ Michelle M. Arbitrio
                                       Michelle M. Arbitrio (MA2137)
                                       Wilson Elser Moskowitz Edelman & Dicker LLP
                                       Attorneys for Defendant
                                       CIGNA Life Insurance Company of New York
                                       3 Gannet Drive
                                       White Plains, NY 10604
                                       Tel. (914) 323-7000
                                       Fax. (914) 323-7001

2071190.1

## CERTIFICATION

I hereby certify that on August 5, 2008, a copy of the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF System.

/s/ Michelle M. Arbitrio
Michelle M. Arbitrio (MA2137)

2071190.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )SS :
COUNTY OF WESTCHESTER     )

UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On the 5th day of August, 2008, deponent served the within

### NOTICE OF APPEARANCE (Michelle Arbitrio)

Upon:

Sergei Chepilko *Pro Se*
501 Surf Avenue, Apt. #13A
Brooklyn, New York 11224

a copy of the foregoing which was filed electronically by operation of the Court's electronic filing system and/or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
UNDINE MASSIAH

Sworn to before me this
5th day of August, 2008

_____
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May31, 2010

2071245.1