UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGEI CHEPILKO,

              Plaintiff,            :      08 CV 4033

    -against-                     :      **NOTICE OF APPEARANCE**

CIGNA GROUP INSURANCE,

              Defendant.

---

      Please take notice that Fred N. Knopf is appearing as counsel on behalf of defendant Cigna Life Insurance Company of New York in the captioned matter. Please forward all correspondence regarding this matter to my attention.

                                               Respectfully Submitted,

                                               /s/ Fred N. Knopf
                                  Fred N. Knopf (FNK4625)
                                  Wilson Elser Moskowitz Edelman & Dicker LLP
                                  Attorneys for Defendant
                                  CIGNA Life Insurance Company of New York
                                  3 Gannet Drive
                                  White Plains, NY 10604
                                  Tel. (914) 323-7000
                                  Fax. (914) 323-7001

## CERTIFICATION

I hereby certify that on August 5, 2008, a copy of the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF System.

/s/ Fred N. Knopf
Fred N. Knopf (FNK4625)

2070665.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )SS :
COUNTY OF WESTCHESTER        )

UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On the 5th day of August, 2008, deponent served the within

### NOTICE OF APPEARANCE (Fred Knopf)

Upon:

Sergei Chepilko *Pro Se*
501 Surf Avenue, Apt. #13A
Brooklyn, New York 11224

a copy of the foregoing which was filed electronically by operation of the Court's electronic filing system and/or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
UNDINE MASSIAH

Sworn to before me this
5th day of August, 2008

_____
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May 31, 2010

2071242.1