UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGEI CHEPILKO,                          :
                                          :
                    Plaintiff,            :        08 CV 4033
                                          :
                                          :
         -against-                        :        **NOTICE OF APPEARANCE**
                                          :
                                          :
CIGNA GROUP INSURANCE,                    :
                                          :
                    Defendant.            :
                                          :
                                          :

---

Please take notice that Michelle M. Arbitrio is appearing as counsel on behalf of

defendant Cigna Life Insurance Company of New York in the captioned matter.  Please forward

all correspondence regarding this matter to my attention.

Respectfully Submitted,


          /s/ Michelle M. Arbitrio
Michelle M. Arbitrio (MA2137)
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendant
CIGNA Life Insurance Company of New York
3 Gannet Drive
White Plains, NY 10604
Tel. (914) 323-7000
Fax. (914) 323-7001

2071190.1

## CERTIFICATION

I hereby certify that on August 5, 2008, a copy of the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF System.

/s/ Michelle M. Arbitrio
Michelle M. Arbitrio (MA2137)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                           )SS :

COUNTY OF WESTCHESTER     )

       UNDINE MASSIAH, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

       On the 5th day of August, 2008, deponent served the within

### NOTICE OF APPEARANCE (Michelle Arbitrio)

Upon:

       Sergei Chepilko *Pro Se*
       501 Surf Avenue, Apt. #13A
       Brooklyn, New York 11224

a copy of the foregoing which was filed electronically by operation of the Court's electronic filing system and/or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                       UNDINE MASSIAH

Sworn to before me this
5th day of August, 2008

_____
         Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May31, 2010

2071245.1