USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SERGEI CHEPILKO,

      Plaintiff,

   -against-

CIGNA GROUP INSURANCE,

      Defendant.
-------------------------------------------------------------X

08 **CIVIL** 4033 (JGK)

**JUDGMENT**

Cigna Group Insurance ("CLICNY") having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on June 26, 2012, having rendered its Memorandum Opinion and Order granting defendant's motion for summary judgment and directing the Clerk of the Court to enter judgment and close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 26, 2012, defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
   June 27, 2012

          **RUBY J. KRAJICK**

           **Clerk of Court**
     BY:

           **Deputy Clerk**

THIS DOCUMENT WAS **ENTERED**
ON THE DOCKET ON _____